**Lawrence V. WILDER, Plaintiff–Appellant,**

v.

**Michael GRIFFIN, Administrator, National Aeronautics and Space Administration; National Aeronautics and Space Administration, Defendants–Appellees.**

**No. 08–2136.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 28, 2009.

Decided: June 2, 2009.

Lawrence V. Wilder, Appellant Pro Se. Allen F. Loucks, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence V. Wilder appeals the district court's orders denying relief on his employment discrimination action and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilder v. Griffin,* No. 1:08–cv–01277–CCB

(D.Md. Aug. 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*